IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CAUSE NO.: 4:13CR0103-SA

GREGORY SANDERS  DEFENDANT

ORDER

Defendant has filed a Motion for Judicial Recommendation [314]. In particular, Sanders requests that this Court issue a "recommendation" that would allow the Warden to place him for six months in a half-way house and six months in home confinement.

That request is DENIED.

SO ORDERED, this the 19th day of July, 2017.

　/s/ Sharion Aycock　
**U.S. DISTRICT JUDGE**